109 So.2d 925

H. B. YORK

v.

Winston A. CHANDLER.

5 Div. 705.

Supreme Court of Alabama.

March 26, 1959.

Harry D. Raymon, Tuskegee, and Edw. H. Reynolds, Notasulga, for petitioner.

Wm. C. Hare, Tuskegee, opposed.

STAKELY, Justice.

Petition of H. B. York for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in York v. Chandler, 109 So.2d 921.

Writ denied.

LAWSON, MERRILL and COLEMAN, JJ., concur.